# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 25-294 (JWB/SGE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING |
| | REPORT AND RECOMMENDATION |
| Shannon Michael White, | OF MAGISTRATE JUDGE |
| Defendant. | |

United States Magistrate Judge Shannon G. Elkins issued a Report and Recommendation ("R&R") on January 14, 2026. (Doc. No. 29.) Neither party objects to that R&R. (Doc. Nos. 30, 31.) Absent objections, the R&R is reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (failing to object waives the right to de novo review of any portion of an R&R). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The January 29, 2026 Report and Recommendation (Doc. No. 29) is **ACCEPTED**;

2. Defendant's Motion to Dismiss Indictment (Doc. No. 17) is **DENIED**; and

3. Defendant's Motion to Suppress Evidence (Doc. No. 18) is **GRANTED**.

Date: March 2, 2026
          *s/ Jerry W. Blackwell*
          JERRY W. BLACKWELL
          United States District Judge