UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-294 (JWB/SGE)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                           **MOTION TO DISMISS**

SHANNON MICHAEL WHITE,

Defendant.

The United States of America, by and through its Kristian Weir, Assistant United States Attorney, hereby moves the Court for an order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. This motion is in the interests of justice based on the evidentiary rulings in this case and defendant's agreement to serve the statutory maximum prison sentence in a related case.

Dated: March 6, 2026                       Respectfully submitted,

                                           DANIEL N. ROSEN
                                           United States Attorney


                                           s/ Kristian Weir
                                           BY: KRISTIAN WEIR
                                           Assistant U.S. Attorney
                                           Attorney ID No. 0396771