**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                                   Crim. No. 25-294 (JWB/SGE)

    Plaintiff,

v.                                                          **ORDER OF DISMISSAL**

Shannon Michael White,

    Defendant.

---

This matter is before the Court on the Government's Motion to Dismiss the Indictment pursuant to Federal Rule 48(a).  The Court, having reviewed the record in this matter, enters the following:

**IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss (Doc. No. 33) is hereby **GRANTED**.

2. The charges alleged against the defendant in the Indictment in the above-referenced matter are **DISMISSED WITH PREJUDICE**.

Dated: March 9, 2026      *s/ Jerry W. Blackwell*
            JERRY W. BLACKWELL
            United States District Judge